# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CESAR AYALA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF REGENTS OF THE ) <br> UNIVERSITY SYSTEM OF GEORGIA ) <br> d/b/a UNIVERSITY OF NORTH ) <br> GEORGIA; BONITA JACOBS, in her ) <br> individual capacity; CHAUDRON ) <br> GILLE, in her individual capacity; ) <br> MARY GOWAN, in her individual ) <br> capacity; and MOHAN MENON, in his ) <br> individual capacity, ) <br> ) <br> Defendants. ) | Civil Action File No. |

## NOTICE OF REMOVAL

Defendants Board of Regents of the University System of Georgia d/b/a University of North Georgia, Bonita Jacobs, in her individual capacity, Chaudron Gille, in her individual capacity, Mary Gowan, in her individual capacity, and Mohan Menon, in his individual capacity (collectively "Defendants"), by and through their undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446, and hereby file this Notice of Removal and show this Court as follows:

1.

On July 14, 2022, Plaintiff filed a lawsuit in the Superior Court of Fulton County, Georgia captioned as *Cesar Ayala v. Board of Regents of the University System of Georgia d/b/a University of North Georgia; Bonita Jacobs, in her individual capacity; Chaudron Gille, in her individual capacity; Mary Gowan; in her individual capacity, and Mohan Menon, in his individual capacity*. This lawsuit was assigned Civil Action File No. 2022CV367450. True and correct copies of the Complaint, as well as all other process, orders or pleadings received by Defendants by service or otherwise in this action are attached hereto as **Exhibit "A"** as required by 28 U.S.C. § 1446(a).

2.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Fulton County. Accordingly, removal is proper under 28 U.S.C. § 1441(a).

3.

Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C § 2000e, *et seq*. ("Title VII"), violations of 42

U.S.C. § 1981, violations of the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution, and a violation under the Georgia Whistleblower Act, O.C.G.A. § 45-1-4 *et seq*.

4.

As a result, the United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1441(c) and other applicable laws, as this case is a civil action under the Constitution and/or laws of the United States.

5.

To the extent Plaintiff alleges claims under state law, this Court has supplemental jurisdiction pursuant to 28 U.S.C § 1367 because such claims are part of the same case or controversy that gives rise to Plaintiff's claims under federal law.

6.

On July 21, 2022, Plaintiff requested that Defendants waive formal service. Although Defense Counsel indicated that Defendants would waive formal service, Plaintiff's process server served Defendant Board of Regents of the University

System of Georgia with a copy of the Complaint due to an apparent miscommunication between Plaintiff's counsel and the process server. The remaining defendants have agreed to waive service. In an abundance of caution, Defendants remove the Complaint now. As such, Defendants have timely filed their Notice of Removal within the 30-day time limit imposed by 28 U.S.C. § 1446(b). All defendants consent to removal to federal court.

7.

Promptly after filing this Notice of Removal, written notice of this filing will be provided to Plaintiff and a copy of this Notice of Removal will be filed with the Superior Court of Fulton County, State of Georgia. A copy of the Notice to Plaintiff of Removal of State Court Action is attached hereto as **Exhibit "B"**. Exhibit B will be served on all adverse parties.

8.

By filing this Notice of Removal, Defendants do not waive any defense that may be available to them. All Defendants consent to this removal.

WHEREFORE, Defendants respectfully request this Court assume full jurisdiction of the controversy now pending between Plaintiff and Defendants in the Superior Court of Fulton County as provided by law.

Respectfully submitted this 19th day of August, 2022.

**GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
*Attorneys for Defendants*

/s/William P. Miles, Jr.
William P. Miles, Jr.
Georgia Bar No. 505828

49 Atlanta Street
Marietta, GA  30060
Phone:  770-422-1776
Fax:  770-426-6155
Email: wmiles@gdcrlaw.com
***Special Assistant Attorney General***

## **CERTIFICATE OF COMPLIANCE WITH L.R. 5.1B**

I certify that the foregoing pleading was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.

        **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
        *Attorneys for Defendant*

        /s/William P. Miles, Jr.
        William P. Miles, Jr.
        Georgia Bar No. 505828
        *Special Assistant Attorney General*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CESAR AYALA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No. |
| v. ) | |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF GEORGIA ) | |
| d/b/a UNIVERSITY OF NORTH ) | |
| GEORGIA; BONITA JACOBS, in her ) | |
| individual capacity; CHAUDRON ) | |
| GILLE, in her individual capacity; ) | |
| MARY GOWAN, in her individual ) | |
| capacity; and MOHAN MENON, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2022, I served a copy of the foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same via United States mail, proper postage prepaid, addressed to Plaintiff's Counsel, as follows:

> Thomas J. Mew
> BUCKLEY BEAL LLP
> 600 Peachtree Street, NE
> Suite 3900
> Atlanta, Georgia 30308

*/s/ William P. Miles, Jr.*
William P. Miles, Jr.
Georgia Bar No. 505828
***Special Assistant Attorney General***
